# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to: Matthew Bitter<br><br>Admin Docket No: 8:20-cv-89058-MCR-GRJ | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## NOTICE OF DESIGNATED FORUM

Plaintiff, Matthew Bitter, by and through counsel of record, files this Notice of Designated Forum, and would show the Court that venue would be proper in the United States District Court, Vermont District Court, absent direct filing on the administrative docket. Plaintiff reserves the right to amend this designation of proper venue and forum, once case specific fact and expert discovery is complete.

Plaintiff therefore requests that the Court take notice of this designation of forum.

Dated: May 14, 2022            Respectfully submitted,

*/s/ Caragh Fay Owens*
Caragh Fay Owens (Appearing Pro Hac Vice)
Bar No.: MD-16955
6205 Executive Blvd.
North Bethesda, MD 20852
Telephone: 202-589-1300
caragh.fay@faylawgroup.com

1

*Attorneys for Plaintiff*

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I do hereby certify that on this __14__ day of May, 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system.

*/s/ Caragh Fay Owens*
Caragh Fay Owens (Appearing Pro Hac Vice)
Bar No.: MD-16955
6205 Executive Blvd.
North Bethesda, MD 20852
Telephone: 202-589-1300
caragh.fay@faylawgroup.com
*Attorneys for Plaintiff*
